# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KELVIN BENJAMIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2130

[July 16, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman and Michael A. Usan, Judges; L.T. Case Nos. 12-1173CF10A, 12-1174CF10A, 12-1510CF10A, 12-1511CF10A, 12-1512CF10A, 12-1745CF10A and 17-3187CF10A.

Carey Haughwout, Public Defender, and Breanna Atwood, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***